## Oesterling v. West Penn Power Company, Appellant.

Argued April 28, 1925. Appeal No. 199 April T., 1925, by defendant, from judgment of C. P. Butler County, March T., 1925, No. 133, in the case of Peter J. Oesterling and Margaret Oesterling v. West Penn Power Company. Before PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Affirmed.

OPINION BY PORTER, J., October 6, 1925:

This appeal presents only the same questions which have been considered in an opinion this day filed in the case of Kerry v. West Penn Power Company and for the reason there stated the assignments of error are overruled.

Judgment affirmed.